United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Bruno Ferro, Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 21-20235-Civ-Scola |
| | ) |
| Ross Dress For Less, Inc., | ) |
| Defendant. | ) |

### Order Approving FLSA Settlement and Dismissing Action

The parties to this FLSA action have asked the Court to approve their settlement agreement and to dismiss the case. (Jt. Mot., ECF No. 14.) Having reviewed the record, the relevant legal authorities, and the settlement agreement, the Court finds the settlement agreement fair and reasonable.

The Court **grants** the parties' motion for approval of the settlement agreement (**ECF No. 14**), **dismisses** this action with prejudice, and directs that this case remain closed. All pending motions are **denied** as moot.

**Done and ordered** in Miami, Florida, on June 17, 2021.

_____
Robert N. Scola, Jr.
United States District Judge